IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE RICHELSON, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 10-1342 |
| v. | : | |
| R. DAVID YOST, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **9th** day of **September 2010**, it is hereby **ORDERED** that Defendants' motion to dismiss (doc. no. 9) is **GRANTED without prejudice**;

It is hereby further **ORDERED** that Defendants' motion for sanctions (doc. no. 20) is **DENIED**.

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.